**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROSEMARY HILL**
**On Behalf of Shakira Sims**                                                                              **PLAINTIFF**

V.                            **CASE NO.: 3:08CV166-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                     **DEFENDANT**

## ORDER

Pending is Defendant's motion for extension of time to file a brief (docket entry #11). In the motion, Defendant certifies that the opposing party does not object to the requested extension. Accordingly, the motion (#11) is GRANTED. The time is extended to, and including, April 19, 2009.

IT IS SO ORDERED this 24th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE