IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROSEMARY HILL,**                                                                       **PLAINTIFF**
**on behalf of**
**S.S., a minor**

V.                    CASE NO. 3:08CV166 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                         **DEFENDANT**

## ORDER

Pending is Defendant's Unopposed Motion to Reverse and Remand (docket entry #13). Defendant certifies that Plaintiff does not object to the motion. For good cause shown, Defendant's motion (#13) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a hearing. Specifically, the Administrative Law Judge should: (a) utilize a medical expert to provide a medical opinion regarding Plaintiff's impairment and functional limitations, (b) evaluate whether Plaintiff's impairment results in one or more functional limitations, (c) provide a detailed evaluation regarding whether Plaintiff's impairment meets or equals the medical criteria in Listing 107.05 of the Appendix 1 Listing of Impairments, and (d) re-evaluate Plaintiff's subjective allegations and complaints.

IT IS SO ORDERED this 14th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE