# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROSEMARY HILL,**                                                                **PLAINTIFF**
**on behalf of**
**S.S., a minor**

**V.**                              **CASE NO. 3:08CV166 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, this case is remanded to the Commissioner, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 14th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE