IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROSEMARY HILL,**  **PLAINTIFF**
on behalf of
S.S., a minor

V.   CASE NO. 3:08CV166 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**   **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #16).  In the motion, Plaintiff requests fees in the amount of $3,894.57.  The Commissioner does not object to the amount requested by the Plaintiff (#17).  Accordingly, Plaintiff's motion (#16) is GRANTED and Plaintiff is awarded $3,894.57 in fees.

IT IS SO ORDERED this 26th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE